FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Clark County, Nevada, Department of Aviation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GWENNA FIERRO, an individual; | Case No. 2:19-cv-01798-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| CLARK COUNTY, NEVADA, DEPARTMENT OF AVIATION; DOES I-X; and ROE CORPORATIONS I-X. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including December 3, 2019 to answer or otherwise respond to the Complaint (ECF No. 1). Defense counsel needs additional time to review the allegations and relevant files. This is the first request for an extension of this deadline.

FISHER & PHILLIPS

By: /s/
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendant

HKM EMPLOYMENT ATTORNEYS LLP

By: /s/
Jenny Foley, Ph.D.
1785 East Sahara, Suite 300
Las Vegas, NV 89104
Attorney for Plaintiff

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
Dated: November 7, 2019