# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GWENNA FIERRO,

    Plaintiff,

vs.

CLARK COUNTY, NEVADA, DEPARTMENT OF AVIATION,

    Defendants.

2:19-cv-01798-APG-DJA

**ORDER**

Before the court is Defendant's Motion for Waiver of Physical Attendance of Insurance Representative at ENE (ECF NO. 10).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Motion for Waiver of Physical Attendance of Insurance Representative at ENE (ECF NO. 10) must be filed on or before December 10, 2019.

DATED this 3rd day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE