# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GWENNA FIERRO,

    Plaintiff,

vs.

CLARK COUNTY, NEVADA, DEPARTMENT OF AVIATION,

    Defendant.

2:19-cv-01798-APG-DJA

**ORDER**

    Before the court is *Gwenna Fierro v. Clark County, Nevada, Department of Aviation*, case no. 2:19-cv-01798-APG-DJA.

    On January 9, 2020, the court met and conferred with the parties and counsel, and a settlement agreement was reached. The parties were ordered to file a proposed stipulation and order for dismissal on or before March 9, 2020. (ECF No. 15). To date, no proposed stipulation and order for dismissal has been filed.

    Accordingly,

    IT IS HEREBY ORDERED that a status hearing scheduled for 2:30 PM, March 20, 2020, in Courtroom 3D. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

    DATED this 10th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE