# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GWENNA FIERRO,

        Plaintiff,

vs.

CLARK COUNTY, NEVADA, DEPARTMENT OF AVIATION,

        Defendant.

2:19-cv-01798-APG-DJA

**ORDER**

Before the court is *Gwenna Fierro v. Clark County, Nevada, Department of Aviation*, case no. 2:19-cv-01798-APG-DJA.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 2:30 PM, March 20, 2020, is ADVANCED to 10:30 AM, March 20, 2020, in Courtroom 3D. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

DATED this 13th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE