**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GWENNA FIERRO,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, DEPARTMENT OF AVIATION,<br><br>        Defendant. | 2:19-cv-01798-APG-VCF<br>**ORDER** |

      Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing scheduled for 10:30 AM, March 20, 2020, will be held by telephone. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

      The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

      DATED this 17th day of March, 2020.

                                                                          CAM FERENBACH<br>
                                                                         UNITED STATES MAGISTRATE JUDGE